UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20049-CIV-KMW

DIONYS BEJERANO,                                )
JORGE L. GRANADOS MILLAN, and    )
all others similarly situated under 29 U.S.C.   )
216(b),                                                       )
                                                                 )
        Plaintiffs,                                        )
                                                                 )
   vs.                                                   )
FLEX FLORIDA CORP. d/b/a BEST        )
AWNINGS,                                               )
FELIX G. ARBUCIAS,                              )
                                                                 )
        Defendants.                                    )
_____ )

## PLAINTIFFS' STATEMENT OF CLAIM

     Now come the Plaintiffs, by and through the undersigned, and file the above-described

Statement of Claim as follow:

**Plaintiff DIONYS BEJERANO**
**Half Time Overtime Claim (1/5/15-12/12/17):**
Amount of Half Time Overtime per hour not compensated: $9.45
Weeks: 153
Overtime hours per week: 25
Total overtime wages unpaid and liquidated damages: $36,146.25 X 2 = $72,292.50, *exclusive of* **attorneys' fees and costs**

**Plaintiff JORGE L. GRANADOS MILLAN**
**Half Time Overtime Claim (1/5/15-12/12/17):**
Amount of Half Time Overtime per hour not compensated: $9.45
Weeks: 153
Overtime hours per week: 25
Total overtime wages unpaid and liquidated damages: $36,146.25 X 2 = $72,292.50, *exclusive of* **attorneys' fees and costs**

**Both Plaintiffs total overtime wages and liquidated damages: $72,292.50 X 2 = $144,585.00,** *exclusive of* **attorneys' fees and costs**

Attorney fees and costs to date:
J.H. Zidell, Esq. –  2.7 hours X $390.00 per hour = $1,053.00

Rivkah Jaff, Esq. – 1.1 hours X $290.00 per hour = $319.00
Neil Tobak, Esq. – 0.2 hours X $290.00 per hour = $58.00
Adam Berman, Esq. – 0.5 hours X $260.00 per hour = $130.00
Costs - $530

\* Plaintiffs seek all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiffs.
\*\* Plaintiffs reserve the right to seek time-and-one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

                                                           Respectfully submitted,

                                                           J. H. ZIDELL, P.A.
                                                           ATTORNEYS FOR PLAINTIFF
                                                           300-71ST STREET, SUITE 605
                                                           MIAMI BEACH, FLORIDA 33141
                                                           305-865-6766
                                                           305-865-7167

                                                           By:_s/ Rivkah F. Jaff, Esq. ___
                                                              Rivkah F. Jaff, Esquire
                                                              Florida Bar No.: 107511

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 1/16/18 TO:**

**ALL CM/ECF RECIPIENTS**

       **BY:_____/s/ Rivkah F. Jaff_____**
                **RIVKAH F. JAFF, ESQ.**