CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*UNITED STATES MAGISTRATE JUDGE EDWIN G. TORRES*
James Lawrence King Federal Justice Building – 10th Floor – Courtroom 5

**April 19, 2018 – 10:00 am – 11:30 am**

**Clerk:    Maedon Clark**                                **D.A.R.:**

**18-20049-CIV-WILLIAMS**

**DIONYS BEJERANO**
**JORGE L. GRANADOS MILLAN**
*Rivkah Jaff, Esquire*

*vs*

**FLEX FLORIDA CORP.**
**FELIX G. ARBUCIAS**
*Joshua Bloom, Esquire*

REASON FOR HEARING          ***SETTLEMENT CONFERENCE***

RESULT OF HEARING           Conference held.

                            ==IMPASSE==