UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-20049-KMW

DIONYS BEJERANO, JORGE L. GRANADOS MILLAN, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

FLEX FLORIDA CORP. d/b/a BEST AWNINGS and FELIX G. ARBUCIAS,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM

Defendants FLEX FLORIDA CORP. d/b/a BEST AWNINGS and FELIX G. ARBUCIAS, individually, by and through their undersigned counsel, hereby file their Response to Plaintiffs' Statement of Claim [DE #8], dated January 16, 2018, as follows:

1.    Plaintiffs' Statement of Claim is based on unsupported exaggerated estimation of the hours both Plaintiffs allegedly worked for the Defendants. Defendants deny that Plaintiffs are owed any overtime. During Plaintiffs' employment with the Defendants, Defendants relied on Plaintiffs' statements as to the hours they worked. Defendants paid Plaintiffs for all hours they reported. Defendants deny that Plaintiffs have met the requirements to file a collective action.

2.    Some, or all, of Plaintiffs' damages are barred by Section 11 of the Portal-to-Portal Act, 29 U.S.C. § 260, because the acts or omissions complained of, if any actually occurred, were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

3. Defendants deny that Plaintiffs are entitled to recover any overtime wages, liquidated damages or attorney's fees and costs.

Respectfully submitted, this 25th day of April, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Joshua M. Bloom*
Joshua M. Bloom

## SERVICE LIST

*Dionys Bejerano, et al. v. Flex Florida Corp., etc., et al.*
S.D. Fla. Case No. 1:18-cv-20049-KMW

Rivkah Jaff, Esq.
K. David Kelly, Esquire
J.H. Zidell, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Rivkah.Jaff@gmail.com
david.kelly38@rocketmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiffs*

Adi Amit, Esquire
Joshua H. Sheskin, Esquire
Joshua M. Bloom, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
jhs@lubellrosen.com
jmb@lubellrosen.com
*Counsel for Defendant*