# CIVIL MINUTES/CALENDAR
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

*UNITED STATES MAGISTRATE JUDGE EDWIN G. TORRES*
James Lawrence King Federal Justice Building – 10th Floor Courtroom

June 8, 2018

<u>Clerk:</u>   Maedon Clark                                                                       <u>D.A.R.: 14:53:20</u>

**18-20049-CIV-WILLIAMS/TORRES**

**DIONYS BEJERANO**
**JORGE L. GRANADOS MILLAN**
*Rivkah Jaff, Esquire*
*Neil Tobak, Esquire*

*vs*

**FLEX FLORIDA CORP.**
**FELIX G. ARBUCIAS**
*Joshua Bloom, Esquire*

REASON FOR HEARING          ***DISCOVERY CONFERENCE***

RESULT OF HEARING            Conference held.