UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-20049-KMW/EGT

DIONYS BEJERANO,　　　　　　　　　　　　)
JORGE L. GRANADOS MILLAN, and　　　　)
all others similarly situated under 29　　　　)
U.S.C. 216(b),　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
FLEX FLORIDA CORP.　　　　　　　　　　　)
d/b/a BEST AWNINGS and　　　　　　　　　)
FELIX G. ARBUCIAS,　　　　　　　　　　　　)
　　　　　　Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

This matter came before the Court on Plaintiff's Motion To Compel that was heard at the discovery hearing conducted August 24, 2018. The Court announced its rulings and reasoning on the motion at the hearing. This Order is intended to memorialize those rulings on the docket. Accordingly, it is ORDERED AND ADJUDGED that said Motion to Compel is Granted as follows:

1. Alex Trigo shall appear for Deposition *Dcues Tecum* in accordance with this Order and **produce all documents in accordance with the subpoena previously served on him that are in his possession, custody, and control**, at Plaintiff's Counsel's Office, J. H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, Florida 33141, on September 12, 2018 at 10:00 a.m.

2. Furthermore, Alex Trigo shall reimburse Plaintiff's Counsel c/o J.H. Zidell, P.A.' Operating Account the amount of $202.00 as costs incurred due to Alex Trigo's failure to appear at his properly noticed deposition as well as his failure to timely seek relief from the Court in advance of the deposition date.

3. No fees were assessed as requested in the motion. But if Alex Trigo fails to comply with this Order, all fees that preceded the filing of the motion, as well as any fees and costs incurred for additional motions for contempt as a means of enforcing the Court's Order, shall be assessed against Alex Trigo in favor of Plaintiff and Plaintiff's counsel, J.H. Zidell, P.A.

4. Alex Trigo's failure to comply with this Order may also result in the entry of additional relief, including holding Alex Trigo in contempt of Court or any other measures necessary to enforce the Court's jurisdiction.

**DONE AND ORDERED** in chambers in Miami-Dade, Florida, on this 5th day of September, 2018.

_____
**EDWIN G. TORRES**
**United States Magistrate Judge**

cc:   All Counsel of Record
      Alex Trigo (to be served by Plaintiff)