UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-20049-KMW

DIONYS BEJERANO, JORGE L. GRANADOS MILLAN, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

FLEX FLORIDA CORP. d/b/a BEST AWNINGS and FELIX G. ARBUCIAS,

    Defendants.
_____/

### DEFENSE COUNSEL'S UNOPPOSED MOTION TO WITHDRAW AS REPRESENTATION FOR FLEX FLORIDA CORP., AND FELIX G. ARBUCIAS

Joshua H. Sheskin, Joshua M. Bloom, and the firm of Lubell Rosen, hereby move to withdraw from the representation of FLEX FLORIDA CORP., and FELIX ARBUCIAS, be relieved of all responsibilities related to the representation, that Defendants be given twenty (20) days to find new counsel, and state as follows in support thereof;

1. Irreconcilable differences have arisen between the Defendants and their Counsel. Attempts to resolve these differences have proved so unproductive that Defense Counsel is no longer able to sustain open channels of communication with Defendants. Further attempts to resolve these differences will prove fruitless as they are irreconcilable, and, therefore, the representation cannot continue.

2. The most recent address that Defense Counsel has on file for the Defendants is 9999 NW 89 Ave. #12, Medley, FL 33178. Felixarbucias@awningsmiami.com.

3. Defendants have been emailed and mailed a copy of this motion.

1

WHEREFORE: Joshua H. Sheskin, Joshua M. Bloom, and the firm of Lubell Rosen, move to withdraw from the representation of FLEX FLORIDA CORP., and FELIX ARBUCIAS, be relieved of all responsibilities related to the representation, and that Defendants be given twenty (20) days to find new counsel.

### Certificate of Conferral Pursuant to L.R.7.1(a)(3)

Prior to filing this Motion, Defendants' counsel contacted Plaintiffs' counsel, Neil Tobak, Esq. Plaintiffs' counsel indicated that he does not oppose the relief requested.

Respectfully Submitted, this 11th day of October, 2018.

> LUBELL & ROSEN, LLC
> *Attorneys for Defendants*
> 200 S. Andrews Ave, Suite 900
> Fort Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:    jhs@lubellrosen.com
>
> By: *s/Joshua H. Sheskin*
>    Joshua H. Sheskin, Esquire
>    Florida Bar No. 93028

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> /s/ Joshua H. Sheskin
> Joshua H. Sheskin

## **SERVICE LIST**

*Dionys Bejerano et al v. Flex Florida Corp., et al*
Case No.: 1:18-cv-20049-KMW

| | |
|---|---|
| Neil Tobak, Esquire | Joshua M. Bloom, Esquire |
| Rivkah Fay Jaff, Esq. | LUBELL & ROSEN, LLC |
| Jamie H. Zidell, Esq. | 200 S. Andrews Avenue |
| J.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street | Fort Lauderdale, Florida 33301 |
| Suite 605 | jmb@lubellrosen.com |
| Miami Beach, Florida 33141 | *Counsel for Defendants* |
| Rivkah.Jaff@gmail.com | |
| Ntobak.zidellpa@gmail.com | |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiffs* | |

Felix Arbucias
9999 NW 89th Ave.
#12
Medley Fl 33178
Felixarbucias@bestawningsmiami.com