UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 18-20049-CIV - KMW

DIONYS BEJERANDO,
JORGE L. GRANADOS MILLAN, and all
others similarly situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

FLEX FLORIDA CORP. d/b/a BEST AWNINGS,
FELIX G. ARBUCIAS,

    Defendants.

_____/

## **NOTICE OF APPEARANCE**

    NOTICE IS HEREBY GIVEN that TERI GUTTMAN VALDES LLC, hereby enters its appearance as counsel on behalf of Defendants, FLEX FLORIDA d/b/a BEST AWNINGS and FELIX ARBUCIAS, and directs that any future correspondence in this cause of action be directed to the undersigned.

    Respectfully submitted,

TERI GUTTMAN VALDES LLC
Counsel for Defendants
1501 Venera Avenue, Suite 300
Coral Gables, Florida 33146
Telephone: (305) 740-9600
Facsimile: (305) 740-9202
E-mail: tgvaldes@aol.com


s/Teri Guttman Valdes
Teri Guttman Valdes
Fla. Bar No. 010741

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of November, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to: Rivkah Jaff, Esq., Neil Tobak, Esq., J. H. Zidell, Esq.  J.H. ZIDELL, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141.

                                                   s/Teri Guttman Valdes
                                                   Teri Guttman Valdes
                                                   Fla. Bar No. 010741