UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 18-20049-CIV - KMW

DIONYS BEJERANDO,
JORGE L. GRANADOS MILLAN, and all
others similarly situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

FLEX FLORIDA CORP. d/b/a BEST AWNINGS,
FELIX G. ARBUCIAS,

    Defendants.

_____/

## **DEFENDANTS' MOTION TO STAY PROCEEDINGS**

Defendants, FLEX FLORIDA CORP. d/b/a BEST AWNINGS and FELIX G. ARBUCIAS, by and through their undersigned counsel, file this Motion to Stay Proceedings, and in support thereof states:

1. This case was filed on January 5, 2018. Pursuant to this Court's scheduling order, jury trial has been set for February 19, 2019 with certain relevant pretrial deadlines as follows: discovery completed by October 3, 2018 and dispositive motions due by November 5, 2018.

2. On October 11, 2018, former counsel for Defendants filed motions to withdraw. While Adi Amit's motion was granted on that date, Joshua Sheskin and Joshua Bloom, of LUBBELL ROSEN LLC, remained as counsel but filed a motion to withdraw that same date. On November 7, 2018, the remaining counsel were permitted to withdraw and

a deadline of November 21, 2018 was afforded for Defendants so retain new counsel.

3. Undersigned counsel has just filed her Notice of Appearance and would be prepared to assume representation in accordance with the current deadlines; however, due to a dispute regarding attorney fee, former counsel have asserted a retaining lien on Defendants' file. Without a complete copy of the file, including all documents, discovery and correspondence exchanged, undersigned counsel cannot properly prepare for the remaining pretrial deadlines and trial. The retainer agreement between Defendants and formal counsel sets forth a provision for resolution of fee disputes through the Florida Bar's procedure and, therefore, undersigned counsel would seek a stay of this case so that the fee dispute may be resolved and a copy of the file obtained. Moreover, upon review of the file, this case may be able to be resolved via a disposition motion. The deadline for which expired while the motion to withdraw was pending.

4. Undersigned counsel has contacted counsel for the Plaintiffs and they are opposed to this request.

WHEREFORE, it is respectfully requested that this Honorable Court issue an order staying this case until the fee dispute between Defendants and their former counsel is resolved and a copy of the file provided.

## **ARGUMENT**

### **The Court has Discretion to Enter A Stay of All Proceedings**

Consistent with their inherent power to control their dockets and to ensure the fair adjudication of cases, district courts have broad discretion in deciding whether to stay

proceedings.  *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936) (finding that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket"); *CTI-Container Leasing Corp. V. Uiterwyk Corp.*, 685 F.2d 1284, 1288 (11th Cir. 1982) ("The inherent discretionary authority of the district court to stay litigation pending the outcome of [sic] related proceeding in another forum is not questioned.").  A court must decide to stay civil a proceeding pending resolution of related criminal proceedings when "special circumstances" so require in the "interests of justice." *United States v. Lot 5, Fox Grove, Alachua County,* 23 F.3d 359, 364 (11th Cir. 1994) (citing *United States v. Kordel,* 397 U.S. 1, 12 n.27 (1970)*.*

Undersigned counsel, while cognizant of the Court's ruling regarding this case proceeding as scheduled, respectfully asserts that the Defendants will be significantly prejudiced if compelled to proceed forward without benefit of a complete copy of their file including all documents, discovery and correspondence regarding this case.

>Respectfully submitted,
>
>TERI GUTTMAN VALDES LLC
>Counsel for Plaintiff
>1501 Venera Avenue, Suite 300
>Coral Gables, Florida 33146
>Telephone: (305) 740-9600
>Facsimile: (305) 740-9202
>E-mail: tgvaldes@aol.com
>
>By: s/ Teri Guttman Valdes
>    Teri Guttman Valdes
>    Fla. Bar No.  0010741

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of November, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to: Rivkah Jaff, Esq., Neil Tobak, Esq., J. H. Zidell, Esq.  J.H. ZIDELL, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141.

s/Teri Guttman Valdes  
Teri Guttman Valdes  
Fla. Bar No. 010741