UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 18-20049-CIV - KMW

DIONYS BEJERANDO,
JORGE L. GRANADOS MILLAN, and all
others similarly situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

FLEX FLORIDA CORP. d/b/a BEST AWNINGS,
FELIX G. ARBUCIAS,

    Defendants.

_____/

## DEFENDANTS RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* AND INCORPORATED MEMORANDUM OF LAW

DEFENDANTS, FLEX FLORIDA CORP d/b/a BEST AWNINGS, and FELIX ARBUCIAS, file this Response to Plaintiffs' Motion *in Limine* and Incorporated Memorandum of Law and in support thereof state:

**I. Response to First Motion *in Limine*: Reference to attorneys' fees and costs.**

Plaintiffs first motion *in limine* seeks to exclude evidence in reference to attorneys' fees and costs. As indicated in the motion, Defendants do not object to this request.

**II. Response to Second Motion *in Limine*: Reference to liquidated damages.**

Plaintiffs second motion *in limine* seeks to exclude any reference to liquidated damages at Trial. As indicated in the motion, Defendants do not object to this request. .

**III. Response to Third Motion *in Limine*: Reference to the undersigned Firm's representation of Plaintiffs.**

Plaintiffs third motion *in limine* seeks to exclude any reference to "issues concerning

undersigned Firm's representation of Plaintiffs, how Plaintiffs obtained same, fee/retainer agreement, or otherwise" from Trial. As indicated in the motion, Defendants had requested clarification as to what was meant by "representation" prior to stating their position. Now having received clarification, Defendants see no basis at this juncture to inquire as to these issues. However, should Plaintiffs' testimony at trial make this issue relevant, Defendants would request the opportunity to inquire on this issue.

**IV. Response to Fourth Motion *in Limine:* Any reference to Plaintiffs' payment or non-payment of federal income taxes and reporting of cash payments on said taxes.**

Plaintiffs fourth motion *in limine* seeks to exclude evidence regarding Plaintiffs payment or non-payment of federal income taxes and reporting of cash payments on said taxes from Trial. It is Defendants position that whether Plaintiffs paid or failed to pay their federal income taxes and whether they reported cash payments on their tax returns is probative on the issue of truthfulness and should be allowed pursuant to Federal Rule of Evidence 608(b). *See* Perez v. Garcia, 2015 WL 4638595 (S.D. Fla. 2015). Furthermore, in Chavez v. Arancedo, 2018 WL 4627302 (S.D. Fla. 2018), the court reasoned in addressing this same issue that "whether or not Plaintiff paid federal income taxes is allowed for impeachment purposes because it is probative of Plaintiff's character for truthfulness." [citations omitted]

**V. Response to Fifth Motion *in Limine:* Reference to Plaintiffs' arrests, convictions, pleas of *no lo contendere,* and pending criminal cases, if any.**

Plaintiffs fifth motion *in limine* seeks to exclude any reference to Plaintiffs' arrests, convictions, pleas of *no lo contendere* and pending criminal cases, if any, from Trial.

Defendants respectfully assert that Plaintiffs' motion be denied and any evidence admissible pursuant to Federal Rule of evidence 609 be allowed at Trial in this cause.

Wherefore, Plaintiff respectfully requests this honorable court enter an order on Plaintiffs' Omnibus Motions *In Limine* as argued herein.

Respectfully submitted,

TERI GUTTMAN VALDES LLC
Counsel for Defendants
1501 Venera Avenue, Suite 300
Coral Gables, Florida 33146
Telephone: (305) 740-9600
Facsimile: (305) 740-9202
E-mail: tgvaldes@aol.com

s/Teri Guttman Valdes
Teri Guttman Valdes
Fla. Bar No. 010741

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to: Rivkah Jaff, Esq., Neil Tobak, Esq., J. H. Zidell, Esq.  J.H. ZIDELL, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141.

s/Teri Guttman Valdes
Teri Guttman Valdes
Fla. Bar No. 010741
